IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| OMEGA NAVIGATION ENTERPRISES, INC. | § § § | Case No. [11-      ] |
| | § | |
| Debtor. | § | Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
| --- | --- | --- | --- |
| All directors and officers as a group 61, Vasilisis Sofias Avenue 115 21 Athens, Greece | Class A Common | 21.58% | Stock |
| ONE Holdings Inc. Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands | Class A Common | 20.51% | Stock |
| MHR Fund Management LLC 40 West 57th Street 24th Floor New York, NY 10019 | Class A Common | 8.47% | Stock |
| AQR Capital Management LLC Two Greenwich Plaza, 3rd Floor Greenwich, CT 06830 | Class A Common | 5.71% | Stock |

HOUSTON\3417789.1

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Georgios Kassiotis, President of the Debtor, declare under penalty of perjury, that I have read the foregoing List of Equity Securities Holders and that it is true and correct to the best of my information and belief.

Dated: July 8, 2011

By: _____
Georgios Kassiotis
President
Omega Navigation
Enterprises, Inc.